UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

TYRONE DENNISON,                    1:16-cv-3647 (NLH)

        Petitioner,         **MEMORANDUM OPINION & ORDER**

   v.

UNITED STATES OF AMERICA,

        Respondent.

---

**APPEARANCES**:

Richard Coughlin, Federal Public Defender
Lisa Evans Lewis, Assistant Public Defender
Office of the Federal Public Defender
800 - 840 Cooper Street
Suite 350
Camden, NJ 08053

   Attorneys for Petitioner


Craig Carpenito, United States Attorney
Daniel Aaron Friedman, Assistant United States Attorney
U.S. Attorney's Office for the District of New Jersey
401 Market Street
P.O. Box 2098
Camden, NJ 08101

   Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, Petitioner Tyrone Dennison filed a motion to correct, vacate, or set aside his federal sentence on June 20, 2016, ECF No. 1; and

    WHEREAS, the parties submitted a joint motion to stay the §

2255 proceedings on April 10, 2017 pending the Supreme Court's decision in Sessions v. Dimaya, 138 S. Ct. 1204 (2018), see ECF No. 2; and

WHEREAS, the Court reopened the proceedings on July 2, 2020 and directed the parties to update the Court as to the impact of Dimaya on Petitioner's claims, ECF No. 7; and

WHEREAS, the parties filed a consent motion to stay the case based on a matter currently pending before the United States Court of Appeals for the Third Circuit that may be determinative of Petitioner's claims, United States v. Copes, Appeal No. 19-1494, see ECF No. 9

THEREFORE, IT IS on this  14th   day of September, 2020

ORDERED that the consent motion to stay, ECF No. 9, is granted.  The matter is stayed until the Third Circuit issues an opinion in United States v. Copes, Appeal No. 19-1494; and it is further

ORDERED that within 14 days of the Third Circuit's decision, counsel for the United States shall inform the Court as to the impact of the decision on Petitioner's claims; and it is finally

ORDERED that the Clerk shall administratively terminate this action.

At Camden, New Jersey
    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.